# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: Tom, Melissa | § | Case No. 13-10633-MKN |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 29, 2013.  The undersigned trustee was appointed on January 29, 2013.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of         $            5,427.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]           $ | 5,377.00 |

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/09/2013 and the deadline for filing governmental claims was 07/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,292.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,292.70, for a total compensation of $1,292.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $62.53, for total expenses of $62.53.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/22/2013          By: /s/William A. Leonard, Jr.
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10633-MKN    **Trustee:** (007600)  William A. Leonard, Jr.
**Case Name:** Tom, Melissa    **Filed (f) or Converted (c):** 01/29/13 (f)
                              **§341(a) Meeting Date:** 03/01/13
**Period Ending:** 10/22/13    **Claims Bar Date:** 08/09/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence: home, Location: 9647 Lions Peak Court  Imported from original petition Doc# 1 | 262,483.00 | 0.00 |  | 0.00 | FA |
| 2  Checking Account: 6869  Imported from original petition Doc# 1 | 430.00 | 0.00 |  | 0.00 | FA |
| 3  Checking Account: 7006, Michael Tom  Imported from original petition Doc# 1 | 30.00 | 0.00 |  | 0.00 | FA |
| 4  Other: Charles Schwab account with parents as th  Imported from original petition Doc# 1 | 134.61 | 0.00 |  | 0.00 | FA |
| 5  Furniture: 2 bedroom sets, 2 sofa, 2 TVs, 2 DVD  Imported from original petition Doc# 1 | 6,000.00 | 0.00 |  | 0.00 | FA |
| 6  Appliances: refrigerator, washer and dryer, micr  Imported from original petition Doc# 1 | 1,000.00 | 0.00 |  | 0.00 | FA |
| 7  Office: computer, printer  Imported from original petition Doc# 1 | 1,000.00 | 0.00 |  | 0.00 | FA |
| 8  Books-Music: Books, DVDs  Imported from original petition Doc# 1 | 500.00 | 0.00 |  | 0.00 | FA |
| 9  Clothes: attire for self and children  Imported from original petition Doc# 1 | 2,000.00 | 0.00 |  | 0.00 | FA |
| 10  Jewelry: family heirlooms  Imported from original petition Doc# 1 | 1,500.00 | 0.00 |  | 0.00 | FA |
| 11  Wedding Ring  Imported from original petition Doc# 1 | 5,000.00 | 0.00 |  | 0.00 | FA |
| 12  Education IRA: Freedom 529 plan owned by former  Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 13  Retirement: Charles Schwab Roth IRA  Imported from original petition Doc# 1 | 13,613.57 | 0.00 |  | 0.00 | FA |
| 14  Retirement: Charles Schwab Traditional IRA  Imported from original petition Doc# 1 | 15,562.46 | 0.00 |  | 0.00 | FA |
| 15  Tax Refund: Federal Income Tax Return  Imported from original petition Doc# 1 | 201.00 | 201.00 |  | 5,427.00 | FA |
| 16  Auto: 2008 Audi A6, 64,850, very good condition  Imported from original petition Doc# 1 | 15,000.00 | 0.00 |  | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-10633-MKN  
**Case Name:** Tom, Melissa  
**Period Ending:** 10/22/13

**Trustee:** (007600) William A. Leonard, Jr.  
**Filed (f) or Converted (c):** 01/29/13 (f)  
**§341(a) Meeting Date:** 03/01/13  
**Claims Bar Date:** 08/09/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 17  Motorcycle: 2008 Yamaha R1 good condition Imported from original petition Doc# 1 | 5,249.00 | 1,146.94 | | 0.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$329,703.64** | **$1,347.94** | | **$5,427.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEES DISTRIBUTION REPORT (TDR).

**Initial Projected Date Of Final Report (TFR):**   March 1, 2015            **Current Projected Date Of Final Report (TFR):**   October 5, 2013  (Actual)

Printed: 10/22/2013 10:35 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-10633-MKN | | Trustee: | William A. Leonard, Jr. (007600) |
|---|---|---|---|---|
| Case Name: | Tom, Melissa | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4266 - Checking Account |
| Taxpayer ID #: | **-***0810 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/22/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/13 | {15} | MELISSA TOM | 2012 Taxes | 1124-000 | 5,427.00 | | 5,427.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,417.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,407.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,397.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,387.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,377.00 |
| | | | ACCOUNT TOTALS | | 5,427.00 | 50.00 | $5,377.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,427.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,427.00 | $50.00 | |

Net Receipts :        5,427.00
Net Estate :        $5,427.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4266** | 5,427.00 | 50.00 | 5,377.00 |
| | $5,427.00 | $50.00 | $5,377.00 |

{} Asset reference(s)

Printed: 10/22/13 10:36 AM                                                                                                           Page: 1

# Court Claims Register

**Case: 13-10633-MKN        Tom, Melissa**

Claims Bar Date: 08/09/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | William A. Leonard, Jr. 6625 S. Valley View Blvd. Bldg. B, Suite 224 Las Vegas, NV 89118 <2100-00  Trustee Compensation>, 200 | Admin Ch. 7 01/29/13 |  | $1,292.70 $1,292.70 | $0.00 | $1,292.70 |
|  | William A. Leonard, Jr. 6625 S. Valley View Blvd. Bldg. B, Suite 224 Las Vegas, NV 89118 <2200-00  Trustee Expenses>, 200 | Admin Ch. 7 01/29/13 |  | $62.53 $62.53 | $0.00 | $62.53 |
| 1 | NORDSTROM FSB P.O. BOX 6566  ENGLEWOOD, CO 80155 | Unsecured 05/15/13 | P.O. Box 6566 Englewood, CO 80155 ---------------------------------------------------------------------------- History: Details1-105/15/2013Claim #1 filed by Nordstrom fsb, Amount claimed: $10998.37 (NORDSTROM FSB (all)) ----------------------------------------------------------------------------* * * | $10,998.37 $10,998.37 | $0.00 | $10,998.37 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
| 2 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 | Unsecured 07/01/13 | C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI, FL 331311605 ---------------------------------------------------------------------------- History: Details2-107/01/2013Claim #2 filed by GE CAPITAL RETAIL BANK, Amount claimed: $385.54 (SINGH, RAMESHWAR ) ----------------------------------------------------------------------------* * * | $385.54 $385.54 | $0.00 | $385.54 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
| 3 | CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured 07/26/13 | BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 ---------------------------------------------------------------------------- History: Details3-107/26/2013Claim #3 filed by CAPITAL ONE, N.A., Amount claimed: $3620.14 (BASS (all), PATTI ) ----------------------------------------------------------------------------* * * | $3,620.14 $3,620.14 | $0.00 | $3,620.14 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 |  |  |  |  |  |
|  |  |  | **Case Total:** |  | **$0.00** | **$16,359.28** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-10633-MKN
Case Name: Tom, Melissa
Trustee Name: William A. Leonard, Jr.

**Balance on hand:** $ 5,377.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,377.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William A. Leonard, Jr. | 1,292.70 | 0.00 | 1,292.70 |
| Trustee, Expenses - William A. Leonard, Jr. | 62.53 | 0.00 | 62.53 |

Total to be paid for chapter 7 administration expenses: $ 1,355.23
Remaining balance: $ 4,021.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,021.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,021.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 15,004.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NORDSTROM FSB | 10,998.37 | 0.00 | 2,948.07 |
| 2 | GE CAPITAL RETAIL BANK | 385.54 | 0.00 | 103.34 |
| 3 | CAPITAL ONE, N.A. | 3,620.14 | 0.00 | 970.36 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,021.77 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Case 13-10633-mkn    Doc 30    Entered 11/07/13 12:56:34    Page 9 of 9

**UST Form 101-7-TFR (05/1/2011)**